UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| DANIEL SEGURA, | ) ED CV 05-00549-SH |
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| JO ANNE B. BARNHART,<br>Commissioner, Social Security,<br>Administration, | ) |
| Defendant. | ) |

IT IS HEREBY ADJUDGED that the decision of the Commissioner is affirmed and plaintiff's Complaint is dismissed.

DATED: July 3, 2006

_____/s/_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE